IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANTIONE DIRAY JOHNSON,            )
                                  )
            Petitioner,           )
                                  )
vs.                               )   No. CIV-14-1263-C
                                  )
ROBERT PATTON,                    )
                                  )
            Respondent.           )

## **O R D E R**

Petitioner, a state prisoner appearing pro se, has filed a Motion for Discovery, Motion for New Trial (Dkt. No. 36); Motion to Amend and Supplement Pleadings (Dkt. No. 37); Motion for Discovery and Evidentiary Hearing (Dkt. No. 38); Motion for Federal Rule (60) et seq., Relief from a Judgment (Dkt. No. 39); and an Application for C.O.A. (Dkt. No. 40).

Review of these documents reveals they raise issues that are second and/or successive to issues previously decided by this Court and the Tenth Circuit Court of Appeals. Accordingly, this Court lacks jurisdiction to consider the issues absent permission from the Tenth Circuit. See 28 U.S.C. § 2244(b)(3).

Accordingly, Petitioner's Motion for Discovery, Motion for New Trial (Dkt. No. 36); Motion to Amend and Supplement Pleadings (Dkt. No. 37); Motion for Discovery and Evidentiary Hearing (Dkt. No. 38); Motion for Federal Rule

(60) et seq., Relief from a Judgment (Dkt. No. 39); and Application for C.O.A. (Dkt. No. 40) are STRICKEN for lack of jurisdiction.

IT IS SO ORDERED this 17th day of September, 2019.

ROBIN J. CAUTHRON
United States District Judge