IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTIONE DIRAY JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-14-1263-SLP |
| | ) |
| ROBERT PATTON, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Petitioner Antione Diray Johnson, a state prisoner appearing pro se, filed a Motion to Hold Rule 60(b)(6) Proceeding in Abeyance Pending Completion of State Open Records Act Requests [Doc. No. 64]. Despite this case being closed for over a decade, Mr. Johnson continues to file various requests for relief in this action. Those requests have been summarily denied or stricken, and the numerous appeals from those orders have similarly been unsuccessful. *See e.g.* [Doc. Nos. 35, 48, 62, 63].

Undeterred, Mr. Johnson now seeks to "hold his pending Rule 60(b)(6) Motion in abeyance while he completes discovery efforts . . . ." Mot. [Doc. No. 64] at 1. However, the record reflects that there are no pending motions before the Court. Further, Mr. Johnson requests the Court "[d]irect the petitioners to file a status report within 60 days."[1] *Id.* at 4. Again, the Court reminds Mr. Johnson that this case is **closed.** As such, Mr. Johnson is not entitled to discovery or status reports. *See* Tenth Circuit Order [Doc. No. 62] ("Mr.

---

[1] The Court assumes this is a scrivener's error and Petitioner meant to direct Respondent to file a status report.

Johnson has no right to conduct discovery in a closed federal case."). Finally, Mr. Johnson is again reminded that if he were to file a subsequent petition for habeas relief, this Court lacks jurisdiction to consider a second or successive motion absent authorization from the Court of Appeals. *See* 28 U.S.C. § 2244(b)(3) (requiring a petitioner to move the court of appeals for an order authorizing the district court to consider the application before a second or successive petition is filed in the district court).

IT IS THEREFORE ORDERED that Mr. Johnson's Motion to Hold Rule 60(b)(6) Proceeding in Abeyance [Doc. No. 64] is STRICKEN.

IT IS SO ORDERED this 5th day of November, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE